1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JULIAN JONES,

              Petitioner,

      v.

M.D. BITER, Warden,

              Respondent.

Case No. EDCV 12-1068-DOC (LAL)

**JUDGMENT**

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 23, 2015

_David O. Carter_

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

-1-